UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CitiMortgage, Inc.

        Plaintiff(s),

vs.

Mason Dixon Funding, Inc., et al.

        Defendant(s).

Case No. 4:09-cv-01997-TCM

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated _____4/20/11_____ the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Hon. Stanley Grimm

Firm Name and Address: Association of Attorney - Mediators

Telephone & FAX Number: Tel:(573)335-3253/Fax:(573)335-1130

**The attorneys of record in this case are:**

Name of Lead Counsel: Louis F. Bonacorsi

Firm Name and Address:
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Attorneys for Plaintiff

Telephone & FAX Number: Tel:(314)259-2090/Fax:(314)552-8090

Name of Other Counsel: Donna S. Mangold

Firm Name and Address:    Cooter, Mangold, Deckelbaum & Karas, LLP
5301 Wisconsin Ave., N.W., Suite 500
Washington, D.C. 20015

Attorneys for Defendant Mason Dixon Funding, Inc.

Telephone & FAX Number:    Tel:(202)537-0700/Fax:(202)364-3664

**The completion deadline for this ADR referral is**  August 1, 2011

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:  July 29                                                                 20 11

Time of Conference:  10:00 a.m.                                                              a/p.m.

Location of Conference (Check One):

☐  Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒  Other Location:   Offices of Bryan Cave, LLP
211 North Broadway, Suite 3600
St. Louis, MO 63102

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

5/16/11                                    /s/ Louis F. Bonacorsi
Date
                                           Signature of Plaintiff(s)
                                           /s/ Donna S. Mangold (with consent)

                                           Signature of Defendant(s)