UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

```
CITIMORTGAGE, INC.,              )
                                 )
        Plaintiff,               )
                                 )
v.                               )    Cause No.: 4:09-CV-01997 TCM
                                 )
MASON DIXON FUNDING, INC. and    )
                                 )
EMBRACE HOME LOANS, INC.,        )
                                 )
        Defendants.              )
```

MOTION: Granted ✓ / Denied ___ / Overruled ___ Date ___ 1/13/12

### DEFENDANT EMBRACE HOME LOANS, INC.'S
### MOTION TO FILE PLEADINGS AND DOCUMENTS UNDER SEAL

COMES NOW Defendant Embrace Home Loans, Inc. ("Embrace") and hereby moves the Court for permission to file under seal the following:

1. Embrace's Statement of Facts in Support of its Consolidated Opposition to Plaintiff's Motions for Summary Judgment;

2. Embrace's Response to Plaintiff's Combined Statement of Uncontroverted Facts In Support of Plaintiff's Motions for Summary Judgment;

3. Affidavit of Penny S. Bailey, with attachments;

4. Affidavit of Jeffrey R. Martin, with attachments;

5. Affidavit of David Bortolotto, with attachments;

6. Affidavit of Robert Lamy, with attachments; and

7. Embrace's Motion to Strike the Affidavit of Adrian Dick.

These documents should be filed under seal because each pertains to residential mortgage loans to private, non-party individuals and contains confidential, non-public information that

should not be disclosed or made available to anyone other than the Court and the parties to this litigation.

WHEREFORE, Defendant Embrace Home Loans, Inc. respectfully requests this Court to grant it leave to file the aforesaid pleadings and documents under seal.

Respectfully Submitted,

THE STOLAR PARTNERSHIP LLP

*/s/ Henry F. Luepke*
Henry F. Luepke, #38782MO
911 Washington Avenue
St. Louis, MO 63101
Tel:  (314) 231-2800
Fax:  (314) 436-8400
Email:  hfl@stolarlaw.com

*/s/ Jeffrey R. Martin*
Jeffrey R. Martin,  (MA BBO #322520)
Burns & Levinson, LLP
125 Summer Street
Boston, MA 02110-1624
Tel.:  (617) 345-3000
Fax:  (617) 345-3299
Email:  jmartin@burnslev.com

*Attorneys for Embrace Home Loans, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Louis Bonacorsi, Esq.
lfbonacorsi@bryancave.com

Rhiana Luaders, Esq.
rhiana.luaders@bryancave.com

Bryan Cave, LLP
211 North Broadway, Suite 3600
Saint Louis, Missouri  63102

*Attorneys for Plaintiff CitiMortgage, Inc.*

/s/ Henry F. Luepke