UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CITIMORTGAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 4:09-CV-01997 TCM |
| MASON DIXON FUNDING, INC.,  and ) | |
| ) | |
| EMBRACE HOME LOANS, INC., on behalf of ) | |
| itself and as successor in interest to ADVANCED ) | |
| FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF CITIMORTGAGE, INC.'S  CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE EXPERT TESTIMONY AND REPORT OF THOMAS A. AARONS**

Plaintiff, CitiMortgage, Inc. ("CMI"), moves this Court, pursuant to Fed. R. Civ. P. 6(b), for an order providing CMI with an additional three days, up to, and including February 24, 2012, in which to file its Reply in Support of its Motion to Exclude Expert Testimony and Report of Thomas A. Aarons ("Reply").  Counsel for Mason Dixon was contacted and consented to this extension of time.  In further support of its motion, CMI states:

1. On February 10, 2012, Mason Dixon filed its Response in Opposition to CMI's Motion to Exclude Expert Testimony and Report of Thomas A. Aarons.  [Doc. # 158].

2. CMI's Reply is currently due today, February 21, 2012.

3. On February 15, 2012, CMI filed its Motion for Summary Judgment against Mason Dixon [Doc. #161].

4. Monday, February 20, 2012 was a holiday, and CMI personnel were not in the office.

5.	CMI has diligently attempted complete its Reply, but due to the intervening Motion for Summary Judgment filing and holiday, CMI seeks a short extension of three days to file its Reply.

6.	Counsel for CMI has communicated with counsel for Mason Dixon, and she has consented to an extension for the filing of CMI's Reply, up to and including February 24, 2012.

7.	This request for a short extension is not made for the purpose of hindrance or delay, but for good cause shown and is not intended to alter or amend any other deadlines established in the Case Management Order.

WHEREFORE, CMI respectfully request that the Court enter an Order providing CMI until and including February 24, 2012, in which to file its Reply in Support of its Motion to Exclude Expert Testimony and Report of Thomas A. Aarons, and for such other and further relief as this Court may deem just and proper.

Dated:  February 21, 2012                                        Respectfully submitted,

**BRYAN CAVE LLP**

By:	/s/ Rhiana A. Luaders
	Louis F. Bonacorsi, #28331
	Rhiana A. Luaders, #56539
	211 N. Broadway, Suite 3600
	St. Louis, Missouri 63102
	(314) 259-2000
	(314) 259-2020 (facsimile)
	lfbonacorsi@bryancave.com
	rhiana.luaders@bryancave.com

*Attorneys for Plaintiff CitiMortgage, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on February 21, 2012, I delivered a copy of the foregoing via the Court's electronic filing system to:

Alan C. Kohn
Kevin Anthony Sullivan
**Kohn and Shands**
1 North Brentwood Blvd. Suite 800
St. Louis, MO 63105

Dale A. Cooter
Donna S. Mangold
**Cooter and Mangold**
5301 Wisconsin Avenue N.W. Suite 500
Washington, D.C. 20015

Henry F. Luepke
**The Stolar Partnership**
911 Washington Avenue, 7th Floor
St. Louis, MO 63101

Jeffrey R. Martin
**Burns and Levinson LLP**
125 Summer Street
Boston, MA 02110

                                          /s/ Rhiana A. Luaders_____