UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CITIMORTGAGE, INC., )
)
Plaintiff, )
)
v. )
) Cause No. 4:09-CV-01997 TCM
MASON DIXON FUNDING, INC., )
)
Defendant. )

MOTION: Granted ✓
Denied
Overruled
Date 10/30/12

## JOINT MOTION FOR LEAVE TO FILE UNDER SEAL THE JOINT STIPULATION OF FACTS

Plaintiff, CitiMortgage, Inc. ("CMI") and Defendant, Mason Dixon Funding, Inc. ("Mason Dixon"), respectfully request that this Court grant them leave to file under seal their Joint Stipulation of Facts. On June 4, 2010, the Court issued a Protective Order, modified on June 14, 2010, and August 19, 2010, instructing the parties to file any confidential documents within the scope of the Protective Order under seal. CMI and Mason Dixon request that leave be granted to file their Joint Stipulation of Facts under seal because the facts included contain confidential borrower information and proprietary information of the parties.

For these reasons, CMI and Mason Dixon respectfully request that this Court grant them leave to file their Joint Stipulation of Facts under seal.